45 F.3d 423
NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
 Victor G. FIELDS, Plaintiff, Appellant,
v.
CITY of Brockton, Defendant, Appellee.
 No. 94-2003
 United States Court of Appeals,
First Circuit.
 Jan. 4, 1995
 
 Appeal from the United States District Court for the District of Massachusetts [Hon. Richard G. Stearns, U.S. District Judge ]
 Victor G. Fields on brief pro se.
 Frank A. Smith, III, Jeffrey J. Clark and Frank A. Smith, III & Associates, on brief for appellee.
 D.Mass.
 AFFIRMED.
 Before TORRUELLA, Chief Judge, BOUDIN and STAHL, Circuit Judges.
 PER CURIAM.
 
 
 1
 We affirm the judgment of dismissal for the reasons stated in the district court's June 30, 1994 and August 15, 1994 orders.
 
 
 2
 Affirmed.